HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S *EX PARTE* MOTION FOR LEAVE TO SEEK EARLY DISCOVERY |

This matter comes before the Court on Plaintiff Starbucks Corporation's *Ex Parte* Motion for Leave to Seek Early Discovery. See Dkt. # 7.

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1.    Plaintiff's Motion is GRANTED;

2.    Plaintiff is granted leave to seek discovery regarding subscriber identifying and contact information for the Doe Defendants from the following third-party service providers connected to the websites described in Plaintiff's Complaint:

(a)    Namecheap, Inc.;

(b)    Financial institutions/payment processors identified by Namecheap, Inc.;

(c)    Google LLC;

(d)    YouTube, LLC;

(e)    Meta Platforms Inc.;

(f) UpCloud Ltd.;

(g) Smile Communications;

(h) MTN Nigeria Communication; and

(i) www.9mobile.com.ng.

SO ORDERED this 31st day of October, 2022.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE