HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>     Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>     Defendants. | Case No. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S *EX PARTE* MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m) |

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's *Ex Parte* Motion for an Extension of the Service Deadline Under Rule 4(m).

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1.     Plaintiff's Motion is GRANTED;

2.     The deadline for Plaintiff to serve the Doe Defendants is extended for 90 days up to and including April 17, 2023.

SO ORDERED this 10th day of January, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1    Presented by:

2    FOCAL PLLC

3    By:      *s/ Stacia N. Lay*
              *s/ Venkat Balasubramani*
4             *s/ Jennifer Davis*
              Stacia N. Lay, WSBA #30594
5             Venkat Balasubramani, WSBA #28269
              Jennifer Davis, WSBA #28316
6             900 1st Avenue S., Suite 201
              Seattle, Washington 98134
7             Tel: (206) 529-4827
              Fax: (206) 260-3966
8             Email: stacia@focallaw.com
              Email: venkat@focallaw.com
9             Email: jen@focallaw.com

10   Attorneys for Plaintiff Starbucks Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION FOR AN EXTENSION OF THE
SERVICE DEADLINE UNDER RULE 4(m)
(Case No. 2:22-cv-01481-JHC ) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966