HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STARBUCKS CORPORATION, a Washington corporation,

　　Plaintiff,

v.

DOES 1-10, inclusive,

　　Defendants.

Case No. 2:22-cv-01481-JHC

ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S SECOND *EX PARTE* MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's Second *Ex Parte* Motion for Leave to Seek Limited Discovery. The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1.　Plaintiff's Motion is GRANTED;

2.　Plaintiff is granted leave to seek discovery regarding identifying and contact information for the Doe Defendants from the following third parties connected to the activities of the Doe Defendants as described in Plaintiff's Complaint:

　　(a)　TD Bank;

　　(b)　Sutton Bank;

　　(c)　The Bancorp Bank;

　　(d)　Google LLC;

ORDER GRANTING SECOND
*EX PARTE* MOTION TO CONDUCT DISCOVERY
(Case No. 2:22-cv-01481-JHC) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | | |
|---|---|---|
|1| (e) | Yahoo Inc.; and |
|2| (f) | Meta Platforms, Inc. |

IT IS SO ORDERED.

DATED this 10th day of March, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

FOCAL PLLC

By: *s/ Stacia N. Lay*
    *s/ Venkat Balasubramani*
    *s/ Jennifer Davis*
Stacia N. Lay, WSBA #30594
Venkat Balasubramani, WSBA #28269
Jennifer Davis WSBA #28316
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com
Email: jen@focallaw.com

Attorneys for Plaintiff Starbucks Corporation

ORDER GRANTING SECOND
*EX PARTE* MOTION TO CONDUCT DISCOVERY
(Case No. 2:22-cv-01481-JHC) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966