HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S SECOND *EX PARTE* MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m) |

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's Second *Ex Parte* Motion for an Extension of the Service Deadline Under Rule 4(m).

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1.  Plaintiff's Motion is GRANTED;

2.  The deadline for Plaintiff to serve the Doe Defendants is extended for 90 days up to and including July 17, 2023.

SO ORDERED this 5th day of April, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR AN EXTENSION OF THE
SERVICE DEADLINE UNDER RULE 4(m)
(Case No. 2:22-cv-01481-JHC ) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1 | Presented by:

2 | FOCAL PLLC

3 | By:    *s/ Stacia N. Lay*
          *s/ Venkat Balasubramani*
4 |       *s/ Jennifer Davis*
          Stacia N. Lay, WSBA #30594
5 |       Venkat Balasubramani, WSBA #28269
          Jennifer Davis, WSBA #28316
6 |       900 1st Avenue S., Suite 201
          Seattle, Washington 98134
7 |       Tel: (206) 529-4827
          Fax: (206) 260-3966
8 |       Email: stacia@focallaw.com
          Email: venkat@focallaw.com
9 |       Email: jen@focallaw.com

10 | Attorneys for Plaintiff Starbucks Corporation

---

ORDER GRANTING MOTION FOR AN EXTENSION OF THE
SERVICE DEADLINE UNDER RULE 4(m)
(Case No. 2:22-cv-01481-JHC ) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966