HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S THIRD *EX PARTE* MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m) |

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's Third *Ex Parte* Motion for an Extension of the Service Deadline Under Rule 4(m). Dkt. # 32.

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

　　1.　　Plaintiff's Motion is GRANTED;

　　2.　　The deadline for Plaintiff to serve the Doe Defendants is extended for 90 days up to and including October 16, 2023. To the extent Plaintiff is unable to serve Defendants by that date, Plaintiff shall file a status report, on or before October 16, 2023, detailing its efforts to identify, name, and serve the Doe Defendants.

　　SO ORDERED this 14th day of July, 2023.

*/s/ John H. Chun*
_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE