UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S FOURTH *EX PARTE* MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(M) |

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's Fourth *Ex Parte* Motion for a Further Extension of the Service Deadline Under Rule 4(m). Dkt. # 35.

The Court, having considered Plaintiff's Motion and supporting declaration (Dkt. # 36) and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The deadline for Plaintiff to serve the Doe Defendants is extended for ninety (90) days up to and including January 15, 2024. To the extent Plaintiff is unable to serve Defendants by that date, Plaintiff shall file a status report, on or before January 15, 2024, detailing its efforts to identify, name, and serve the Doe Defendants.

/

ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S FOURTH EX PARTE MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(M) - 1

Dated this 13th day of October, 2023.

John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S FOURTH EX PARTE MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(M) - 2