UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01481-JHC<br><br>ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S FIFTH *EX PARTE* MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m) |

THIS MATTER came before the Court on Plaintiff Starbucks Corporation's Fifth *Ex Parte* Motion for an Extension of the Service Deadline Under Rule 4(m).  Dkt. # 38.

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The deadline for Plaintiff to serve the Doe Defendants is extended for 90 days up to and including April 9, 2024.

SO ORDERED this 9th day of January, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE